FILED
United States Court of Appeals
Tenth Circuit

August 25, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs - Appellants,

and

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    Defendants - Appellees,

and

HOPI TRIBE, et al.,

    Defendant Intervenors - Appellees.

No. 23-4106
(D.C. No. 4:22-CV-00059-DN)
(D. Utah)

_____

ZEBEDIAH GEORGE DALTON, et al.,

    Consolidated Plaintiffs - Appellants,

and

GARFIELD COUNTY, UTAH, a Utah political subdivision, et al.,

    Plaintiffs,

v.

No. 23-4107

| | |
|---|---|
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>　　Defendants - Appellees,<br><br>and<br><br>HOPI TRIBE, et al.,<br><br>　　Defendant Intervenors - Appellees. | (D.C. No. 4:22-CV-00059-DN)<br>(D. Utah) |

_____

**ORDER**

_____

These matters are before the court following review of the appellants' docketing statements. As an initial matter, we wanted to advise the parties that these appeals will be submitted to the court together. To this end, we would like to hear from the parties about what procedural efficiencies for the parties and the court could be achieved through briefing and preparation of the appendix. For example, we believe a single appendix prepared by all parties in both appeals will be more efficient. We also wonder whether at least partial consolidation of briefing is feasible and whether we could rely on the parties to abide by a unified briefing schedule.

We ask the parties to confer and prepare a suggested briefing schedule. If possible, the parties should prepare and file a joint response to this order. If not, groups of parties may file separate responses that describe areas of agreement and where agreement was not possible. The response(s) shall provide the following information:

1. Whether the parties agree that a joint appendix is appropriate and, if so, which party/parties will be responsible for filing it;

2. Whether any parties believe it is possible to file a consolidated brief with (a) any other party, and/or (b) across both appeals. For example, the federal appellees may want to file a single response brief covering all arguments made by the appellants in both appeals. Additionally, the federal appellees may (or may not) believe they could file a joint consolidated response brief with the intervenors-appellees;

3. What schedule would be appropriate for the briefs and appendix to be filed and the terms on which extensions of time will be available; and

4. Finally, keeping in mind that where separate briefs are desired the parties must avoid unnecessary duplication of the matters briefed, whether the parties anticipate that oversized briefs would be necessary to accommodate either joint briefing with other parties or for other reasonable purposes.

The parties may address any other matters in their response(s) they believe the court should consider in crafting a briefing schedule for these appeals.

The response(s) must be filed on or before September 8, 2023. The court will suspend briefing on the merits pending resolution of a briefing schedule and further order of this court.

> Entered for the Court
> CHRISTOPHER M. WOLPERT, Clerk
>
> *Lara Smith*
>
> by: Lara Smith
>     Counsel to the Clerk